

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

```
JDL:GMP
F.# 2010R01661
```
*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 19, 2013

By Hand Delivery and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

      Re:  United States  v. Brent Sapergia
           Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

      The government respectfully submits this letter pursuant to the Court's March 1, 2013 Order directing the government to advise the Court about the status of plea negotiations concerning Brent Sapergia, a defendant in the above-captioned case.  To date, the parties remain in active plea negotiations, but have not yet reached a resolution.  The government, with the consent of defense counsel, respectfully requests additional time until April 12, 2013, the date by which the Court has ordered counsel to advise the Court about scheduled guilty pleas, to advise the Court as to the date of a guilty plea for defendant Sapergia.

      The government respectfully requests an order of excludable delay in the interests of justice from today until the date of the next status conference, April 17, 2013, to allow the

parties to continue their plea negotiations.  Defense counsel joins in this request.

>                    Very truly yours,
>
>                    LORETTA E. LYNCH
>                    United States Attorney
>                    Eastern District of New York
>
> By:   /s/
>       Steven L. Tiscione
>       Gina M. Parlovecchio
>       Una Dean
>       Assistant U.S. Attorneys
>       (718) 254-6317/6228

cc:  Clerk of the Court (By ECF)
     Lou Freeman, Esq. (By ECF)