

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT:GMP
F.# 2010R01661

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 12, 2013

By Hand Delivery and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

      Re:  United States  v. Brent Sapergia
           Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

      The government respectfully submits this letter pursuant to the Court's March 21, 2013 Order directing the government to further advise the Court about the status of plea negotiations concerning Brent Sapergia, a defendant in the above-captioned case. The parties have reached an agreement in principle as to the terms of the defendant's plea agreement. The parties have scheduled a guilty plea with the Honorable Joan M. Azrack on May 8, 2013.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney
      Eastern District of New York

      By:  /s/
           Steven L. Tiscione
           Gina M. Parlovecchio
           Assistant U.S. Attorneys
           (718) 254-6317/6228

cc:  Clerk of the Court (By ECF)
    Lou Freeman, Esq. (By ECF)