

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, N.Y. 11201*

September 16, 2013

**By Email**
Patricia A. Sullivan
United States Probation Officer
Eastern District of New York

      Re:  United States v. Brent Sapergia
           Criminal Docket No. 11-486 (DLI)

Dear Ms. Sullivan:

      The government respectfully submits this letter
pursuant to Fed. R. Crim. P. 32(f) to advise the Probation
Department of the government's proposed corrections in the
Presentence Investigation Report ("PSR") for the above-referenced
defendant, who is scheduled to be sentenced on October 21, 2013.
The government has no objections or proposed corrections to the
PSR.

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney
          Eastern District of New York

  By:        /s/
          Gina M. Parlovecchio
          Assistant United States Attorney
          (718) 254-6228

cc:  Louis M. Freeman, Esq. (by ECF)
     The Honorable Dora L. Irizarry (by Hand and ECF)