# FREEMAN, NOOTER & GINSBERG

## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

September 18, 2013

Patricia Sullivan
United States Probation Officer
Eastern District of New York
147 Pierrepont Street
Brooklyn, New York 11201

Re: <u>United States v. Brent Sapergia</u>
11 Cr. 486 (S-2)(DLI)

Dear Ms. Sullivan:

We write pursuant to Fed.R.Crim.P. Rule 32(f) and Judge Irizarry's Individual Motion

Practice and Rules Section V(E)(1) to request the following corrections be made to the

presentence report.[1]

1. Paragraph 136:  Susan Sapergia's maiden name is Elliott; delete last sentence

and replace as probation sees fit.

2. Paragraph 137:  Brent Sapergia's father died in 1966.

3. Paragraph 140:  Susan Sapergia's maiden name is Elliott

4. Paragraph 142:  Susan Sapergia's maiden name Elliott; she is 46.

5. Paragraph 142:  Susan Sapergia reports the following regarding her health

issues:  the cardiologist did an echocardiogram and it shows abnormalities.  The cardiologist

---

[1] Paragraphs 38-43 appear to be the same as paragraphs 46-51.

stated she has pulmonary hypertension and referred her to a pulmonologist.  The

pulmonologist stated that in order to confirm that diagnosis she needs a special test which is

very expensive and without health insurance she cannot afford to get it done.  The

pulmonologist suggested that she see a muscular neurologist to discuss my muscle weakness

symptoms in my extremities for the possibility of adult onset muscular dystrophy.  Susan's

symptoms interfere with her daily routine and require assistance from Brent Sapergia for some

basic household duties.  Her symptoms include: shortness of breath, extremity muscle

weakness, hand tremors, excessive fatigue, and dizziness.  We request that this information be

added to paragraph 142.

      6.  Paragraph 143:  Susan Sapergia's maiden name is Elliott.

      7.  Paragraph 147:  Brent Sapergia reports the following regarding his health

issues:  due to Brent Sapergia's painful aggravation of his hip area it has been suggested that he

look into being evaluated for possible hip replacement surgery; he is unable to pursue this

option without health insurance or the means to pay for hip replacement surgery without

insurance.

   We request that this information be added to paragraph 147.

   8.  Paragraph 154:  The defendant was **not** allowed to finish out the season.

9.  Paragraph 159:  The Sapergia's are unaware of any unpaid tax in Indiana and or of a

judgment against Aetna Casualty in Nashville, TN.

Yours truly,

Louis M. Freeman

cc: AUSA Steven Tiscione
Hon. Dora L. Irizarry