Received in Chambers of:
U.S. District Judge
DORA L. IRIZARRY
OCT 17 2013

U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

# PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: Sapergia, Brent | | |
|---|---|---|
| **Presiding Judge:** Honorable Dora L. Irizarry | **Date of Hearing:** October 21, 2013 | **Type of Hearing:** Sentencing |
| **Docket Number:** 11CR486 | **Date of Initial Appearance:** September 16, 2011 | **Date of Release:** September 26, 2011 |

**SUMMARY OF RELEASE INFORMATION:**

The defendant was arrested in the District of Arizona on August 24, 2011, pursuant to a warrant from the Eastern District of New York, and charged with Money Laundering, in violation of 18 U.S.C. 1956. The defendant appeared before U.S. Magistrate Judge Lawrence O. Anderson on the same date and a temporary order of detention was entered. On August 26, 2011, the defendant appeared before Judge Anderson for a detention hearing and was ordered removed in custody to the Eastern District of New York. On September 16, 2011, the defendant appeared in this District before U.S. Magistrate Judge James Orenstein and a temporary order of detention was entered. On September 26, 2011, the defendant appeared before U.S. Magistrate Judge Roanne L. Mann and was released on a $500,000 bond with the following conditions: report to Pretrial Services as directed; travel restricted to the Eastern and Southern Districts of New York and Arizona; surrender passport and do not reapply; random home / employment visits; and no contact with co-defendants except in the presence of counsel.

**COMPLIANCE WITH RELEASE CONDITIONS:**

Due to the defendant's residence in Chandler, Arizona, courtesy supervision has been conducted by the District of Arizona. The defendant has been compliant throughout the Pretrial Services supervision period. The defendant reports as directed and provides all requested documentation.

**UPDATED SOCIAL INFORMATION:**

The defendant has maintained residence at 2298 West Myrtle Drive, Chandler, Arizona since his bail release. The District of Arizona advised no unusual activity was noted during random home visits. The defendant is employed by Tryan Steel LLC, located in Chandler, Arizona.

**VERIFICATION OF COMMUNITY TIES:**

The District of Arizona advised the defendant's address was verified through home contacts and documentation.

**ADJUSTMENT TO SUPERVISION:**

The District of Arizona reported the defendant's adjustment to Pretrial Services supervision has been satisfactory.



**CRIMINAL RECORD CHECK:**

The most recent criminal record check was conducted on October 14, 2013, and shows no new arrests, outstanding warrants, nor pending criminal action.

**REASSESSMENT OF RISKS:**

*Risks of Non-Appearance:*

1. Nature of the offense charged.

*Risks of Danger:*

1. There are no known factors that indicate the defendant poses a risk of danger to the community.

**CONDITIONS TO CONSIDER AT SENTENCING:**

Due to the defendant's overall compliance under Pretrial Services supervision, it is Pretrial Services' recommendation that the defendant be considered a candidate for voluntary surrender should a term of custody be imposed.

**REQUEST TO MODIFY CONDITIONS OF RELEASE:**
None.

| Submitted by: | Approved by: |
|---|---|
| *[signature]* | *[signature]* |
| **Erin J. Rodriguez** | **Desiree Melendez** |
| **U.S. Pretrial Services Technician** | **U.S. Pretrial Services Officer Specialist** |

Date:     October 14, 2013